# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No:

SHIPPERS' CHOICE, INC. a/s/o,
THE CHEF'S WAREHOUSE, INC.

    Plaintiff,

v.

JAD TRUCKING, INC.

    Defendant.
_____

# COMPLAINT

Plaintiff, Shippers' Choice, Inc. ("Shippers' Choice" or "Plaintiff") a/s/o The Chef's Warehouse, Inc. ("Chef's Warehouse") files this Complaint against Defendant, JAD Trucking, Inc. ("JAD Trucking" or "Defendant"), and alleges as follows:

## NATURE OF THE ACTION, JURISDICTION, AND PARTIES

1. This action arises from delivering motor carrier JAD Trucking damaging a load of various food products belonging to Chef's Warehouse in violation of 49 U.S.C. §14706 (the "Carmack Amendment")

2. Shippers' Choice is a Florida corporation with its principal place of business located in Broward County, Florida. Shippers' Choice is in the business of brokering motor carrier services for the transportation of property.

Case No.

3. JAD Trucking is a Florida corporation with its principal place of business located in Miami-Dade County, Florida. JAD Trucking is a motor carrier which regularly and systemically operates in Florida and in this judicial district.

4. JAD Trucking is a Delaware corporation with its principal place of business located in Ridgefield, Connecticut. JAD Trucking distributes specialty food products in the United States and Canada.

5. Due to the negligence of JAD Trucking, as described in more detail below, Shippers' Choice was compelled to pay Chef's Warehouse the sum of $23,250.59 for damage to a load of various food products caused by JAD Trucking. Shippers' Choice thereby became subrogated to the rights and remedies available to Chef's Warehouse for the damage caused by JAD Trucking.

6. This court has jurisdiction pursuant to 28 U.S.C. § 1337(a) as the Carmack Amendment arises under an Act of Congress regulating commerce. Further, given that the matter arises out of 49 U.S.C. §14706, this Court has original jurisdiction as the amount in controversy for each receipt exceeds $10,000 exclusive of costs and interest.

7. Venue is proper in this Court pursuant to 49 U.S.C. §14706(d)(1) as the delivering motor carrier, JAD Trucking, operates within this state and this district.

**FACTS**

8. Chef's Warehouse hired Shippers' Choice to coordinate the shipment of assorted food products (the "Products") which were owned by Chef's Warehouse. The Products were to be transported from Bronx, New York to Pembroke Park, Florida. In turn, in early February, 2018, Shippers' Choice hired JAD Trucking for an agreed upon sum of money to transport the Products from New York to Florida.

Case No.

9. The Products were to be picked up from Chef's Warehouse in Bronx, New York on February 5, 2018.

10. The Products were loaded onto the trucks operated by JAD Trucking in good condition and without any defects. To this end, JAD Trucking issued a Bill of Lading for both the Products and did not indicate any defects to the Products in the Bills of Lading.

11. The Bill of Lading clearly indicated that the Products were to be kept refrigerated at 34 degrees.

12. Sometime between JAD Trucking's driver picking up the Shipment on February 5, 2018 and delivering the Shipment on February 7, 2018, JAD Trucking's driver stopped in Georgia to have the tractor/trailer washed and turned off the refrigeration unit when it was being washed.

13. JAD Trucking's driver failed to turn the refrigeration back on before continuing further south to the final destination. When the driver reached the destination, Chef's Warehouse inspected the Shipment and discovered the refrigeration unit was not on and the items were completely spoiled due to excessive heat. Temperatures in the trailer exceeded 72 degrees.

14. As a consequence, the Products were refused by Chef's Warehouse in Pembroke Park, Florida due to the damage they incurred while in JAD Trucking's custody, care, and control due to a temperature variance in the trailer of the JAD Trucking's truck.

15. As a result of damage, Shippers' Choice was forced to pay Chef's Warehouse $23,250.59 in actual damages due to an indemnification agreement between those parties.

16. Shippers' Choice timely made a claim to JAD Trucking seeking reimbursement of the $23,250.59 which Shippers' Choice had to pay to JAD Trucking due to the damage caused by JAD Trucking.

Case No.

17. However, after over 45 days, JAD Trucking has not responded to Shippers' Choice's claim and thereby denied the claim.

18. All conditions precedent to the filing of this action have occurred, been performed, or been waived.

**COUNT ONE – VIOLATION OF THE CARMACK AMENDMENT**

19. Shippers' Choice re-alleges paragraphs 1 through 18.

20. The Products were tendered to the delivering carrier JAD Trucking in good condition and without any defects.

21. In the Bills of Lading for the Products, JAD Trucking did not indicate any defects in the Products.

22. The Products were damaged in transit due to a temperature variance in the trailer of the JAD Trucking truck, and therefore, the Products were rejected by Chef's Warehouse at their destination in Pembroke Park, Florida.

23. Due to the damage to the Products caused by JAD Trucking, Shippers' Choice was forced to pay Chef's Warehouse $23,250.59 in actual damages due to an indemnification agreement between those parties and thereby became subrogated to the rights and remedies available to Chef's Warehouse for the damage caused by JAD Trucking.

24. As a consequence, JAD Trucking is liable to Shippers' Choice in the amount of $23,250.59.

WHEREFORE, Plaintiff, Shippers' Choice, Inc., demands judgment against Defendant, JAD Trucking, Inc., in the amount of $23,250.59 plus pre-judgment interest, post-judgment interest, and any other relief the Court deems just and proper.

Case No.

Dated:  July 16, 2018

        Respectfully Submitted,

        /s/ Evan B. Berger, Esq.

        Evan B. Berger, Esq. (0071479)
        eberger@bplegal.com
        Becker & Poliakoff, P.A.
        1 East Broward Blvd., Suite 1800
        Ft. Lauderdale, FL  33301
        Telephone:  (954) 987-7550
        Facsimile:  (954) 985-4176
        *Attorneys for Plaintiff Shippers' Choice, Inc.*